CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE N.W.
WASHINGTON, D.C. 20001

**FILED**

FEB 2 2 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

February 9, 2006

4-200 United States Courthouse
501 I Street
Clerk's Office
Sacramento, CA 95814-2322

T: 06 CV 00195 AWI TAG HC

RE: *Keith Thomas vs. Federal Congress, et al.*, 05-cv-2278 UNA

Dear Clerk:

On 11/28/05, this Court signed an order transferring the above case to your Court.

Please acknowledge receipt of our file on the duplicate copy of this letter. Please indicate your case number somewhere on the receipt.

Yours truly,
Nancy Mayer-Whittington
    Clerk

By: T. Davis  T. Davis
    Deputy Clerk
    (202) 354-3153